IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHESTER WILLIAMS**                                                    PLAINTIFF

v.                              No. 4:25-cv-855-DPM

**JIM WYATT**, Public Defender, White
County Sheriff's Department; **NORENE
SMITH**, Prosecuting Attorney, White
County Sheriff's Department; and **BLAKE
ELLIS**, Detective, White County Sheriff's
Department                                                              DEFENDANTS

## ORDER

This case is closely related to another case recently opened in the Eastern District of Arkansas, *Williams v. Ellis*, No. 4:25-cv-770-LPR (E.D. Ark. 31 July 2025).  In the interest of judicial economy and consistent rulings, the Court directs the Clerk to transfer this case to United States District Judge Lee P. Rudofsky by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 September 2025